UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAVIN MACPHEE<br><br>Defendant | Criminal No. 20CR10070<br><br>Violation:<br><br>Count One: Destruction, Alteration or Falsification of Records in Federal Investigations<br>(18 U.S.C. § 1519) |

INFORMATION

At all times relevant to this Information:

General Allegations

1. Gavin MacPhee ("MacPhee") was a resident of Massachusetts.

2. Company-A was a youth soccer organization based in Waltham, Massachusetts with affiliates throughout the United States and abroad. Many of Company-A's employees were foreign nationals present in the United States on temporary, non-immigrant visas.

3. From approximately 2007 to 2019, MacPhee worked for Company-A. During this time, MacPhee held several positions within Company-A including serving as Marketing Director and General Manager of Company-A's Rhode Island affiliate.

4. As Marketing Director, MacPhee managed Company-A's website and assisted with the management of Company-A's email accounts. In this role, MacPhee had the ability to create and delete email accounts for employees.

5. Individual-1 was a resident of Massachusetts.

6. From approximately 2007 to 2019, Individual-1 worked for Company-A and, for at least a portion of that time, served in an executive and management capacity.

## Federal Investigation

7. Since approximately 2017, agents with the Department of Homeland Security, Homeland Security Investigations ("HSI"); State Department, Diplomatic Security Service ("DSS"); and Department of Labor, Office of Inspector General ("DOL-OIG") have been investigating potential criminal violations related to the manner in which Company-A obtained visas for its foreign workers.

8. On or about October 8, 2019, HSI, DSS, and DOL-OIG agents executed a search warrant at Company-A's corporate headquarters. During the search, agents seized, among other things, the laptop computer of Individual-1. MacPhee knew agents were interested in, and had seized, Individual-1's computer.

9. On or about December 3, 2019, Individual-1, who had since left Company-A, emailed MacPhee asking whether MacPhee could delete his Company-A email account. That same day, MacPhee responded that he could.

10. On or about December 5, 2019, during an in person meeting with MacPhee, Individual-1 once again requested that MacPhee delete Individual-1's Company-A email account. During that meeting, MacPhee accessed Company-A's information technology platform and permanently deleted Individual-1's Company-A email account.

<u>COUNT ONE</u>
Destruction, Alteration or Falsification of Records in Federal Investigations
(18 U.S.C. § 1519)

The United States Attorney charges:

11. The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 10 of this Information:

12. On or about December 5, 2019, in the District of Massachusetts, and elsewhere, the defendant,

GAVIN MACPHEE,

did knowingly alter and destroy, records and documents with the intent to impede, obstruct, and influence the investigation and proper administration of any matter within the jurisdiction of any department and agency of the United States.

All in violation of Title 18, United States Code, Section 1519.

ANDREW E. LELLING
UNITED STATES ATTORNEY

_____
JORDI DE LLANO
MACKENZIE QUEENIN
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March 5, 2020